Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
CLERK, U.S. DISTRICT COURT

4/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:          DD          DEPUTY

No
CV-30

# UNITED STATES DISTRICT COURT

for the

## Central District of California

_Eastern_____ Division

| | | |
|---|---|---|
| Benjamin C. Jones | ) | Case No. __2:20-cv-03807-CJC(Ex)__ |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| The Salvation Army, A California Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | |

RECEIVED
CLERK, U.S. DISTRICT COURT

4/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:          DD          DEPUTY

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Benjamin C. Jones |
| Street Address | 57552 29 Palms Hwy, #291 |
| City and County | Yucca Valley |
| State and Zip Code | CA 92284 |
| Telephone Number | 415-235-9468 |
| E-mail Address | mrbencjones@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                The Salvation Army, A California Corporation

Job or Title *(if known)*

Street Address                      30840 Hawthorne Blvd

City and County                     Rancho Palos Verdes, Los Angeles County

State and Zip Code                  CA. 90275

Telephone Number                    310-377-0481

E-mail Address *(if known)*

Defendant No. 2

Name                                Jack Anderson

Job or Title *(if known)*           Psychologist

Street Address                      30840 Hawthorne Blvd

City and County                     Rancho Palos Verdes, Los Angeles County

State and Zip Code                  CA. 90275

Telephone Number                    310-377-0481

E-mail Address *(if known)*

Defendant No. 3

Name                                Steve Smith

Job or Title *(if known)*           Lt. Colonel

Street Address                      30840 Hawthorne Blvd

City and County                     Rancho Palos Verdes, Los Angeles County

State and Zip Code                  CA. 90275

Telephone Number                    310-377-0481

E-mail Address *(if known)*

Defendant No. 4

Name                                Kenneth Hodder

Job or Title *(if known)*           Commissioner

Street Address                      30840 Hawthorne Blvd

City and County                     Rancho Palos Verdes, Los Angeles County

State and Zip Code                  CA  90275

Telephone Number                    310-377-0481

E-mail Address *(if known)*

Defendant No. 5:

John Chamness, Lt. Colonel
30840 Hawthorne Blvd,
Rancho Palos Verdes, Los Angeles County, CA. 90275

Defendant No. 6:

Sheryl Tollerud, Lt. Colonel
30840 Hawthorne Blvd,
Rancho Palos Verdes, Los Angeles County, CA. 90275

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | The Salvation Army |
| Street Address | 1301 Las Villas Way |
| City and County | Escondido, San Diego County |
| State and Zip Code | CA. 92026 |
| Telephone Number | 760-745-8616 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Genetic Information Nondiscrimination Act (GINA), 29 U.S.C., 2000ff, et seq

☑    Relevant state law *(specify, if known)*:

California's Genetic Information Nondiscrimination Act (CalGINA), S.B. 559; California Confidentiality of Medical Information Act, Cal Civ Code 56

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☑    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Requested/Required a testing of my DNA

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
October 2018; May 2019

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
Cancer

E.    The facts of my case are as follows.  Attach additional pages if needed.

In September/October of 2018, my employer, The Salvation Army, demanded that I turn over my DNA for a paternity test.

During this time, I was also diagnosed with cancer, and they refused medical leave for me unless I turned over more medical information than what is legally able to be acquired/requested by an employer. When I declined, the defendants tried to invade my medical privacy by trying to access my medical records without my consent.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    January 28,    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

We are asking the court to order: compensatory damages for emotional distress and other harm caused by defendants' violations of my rights.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        4/23/2020

Signature of Plaintiff

Printed Name of Plaintiff        BENJAMIN  C.  JONES

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Case 2:20-cv-03807-CJC-E    Document 1    Filed 04/27/20    Page 8 of 20    Page ID #:8

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
555 W. Beech Street, Suite 504
San Diego, CA 92101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300




U.S. POSTAGE ≫ PITNEY BOWES

ZIP 35205  $ 000.50⁰
02 4W
0000361442 JAN 22 2020

SAN DIEGO
CA 920
23 JAN '20
PM 3 L

**Benjamin Jones**
**57552 Twentynine Palms Hwy #291**
**Yucca Valley, CA 92284**

92284-293452

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:    **Benjamin Jones**
       **57552 Twentynine Palms Hwy #291**
       **Yucca Valley, CA 92284**

From:   **San Diego Local Office**
        **555 W. Beech Street**
        **Suite 504**
        **San Diego, CA 92101**

| | | |
|---|---|---|
| [ ] | *On behalf of person(s) aggrieved whose identity is* | |
| | *CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Ian Shoff,** | |
| **488-2019-00789** | **Investigator** | **(619) 900-1618** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
**Christopher S. Green, Director**
**San Diego Local Office**

1/22/20
*(Date Mailed)*

Enclosures(s)

CC:    **Carla Feldman**
       **CAF Law Group**
       **8444 Wilshire Blvd.**
       **8th Floor**
       **Beverly Hills, CA 90211**



**U.S. Equal Employment Opportunity Commission
San Diego Local Office**

555 W. Beech Street
Suite 504
San Diego, CA 92101
(619) 557-7235
TTY (619) 557-5748
Fax (619) 557-7274

Respondent: THE SALVATION ARMY
EEOC Inquiry No.: 488-2019-00789

Benjamin Jones
57552 Twentynine Palms Hwy #291
Yucca Valley, CA 92284

Dear Mr. Jones:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ X ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ X ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".

(3)  Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to California Department Of Fair Employment & Housing 2218 Kausen Drive Suite 100 Elk Grove, CA 95758 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home.  Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

Sincerely,

Ian Shoff
Investigator
(619) 557-7286

11-6-19

Date

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 488-2019-00789 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr , Ms , Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Benjamin Jones** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **57552 Twentynine Palms Hwy #291, Yucca Valley, CA 92284** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No Employees Members | Phone No. (Include Area Code) |
|---|---|---|
| **THE SALVATION ARMY** | **500 or More** | ~~(760) 746-8321~~ |

| Street Address | City, State and ZIP Code |
|---|---|
| ~~183 East Washington~~, Escondido, CA 92025<br>1301 Las Villas Way, | |

| Name | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Steve Smith | | |

| Street Address | City, State and ZIP Code |
|---|---|
| email: Steve.Smith@usw.salvationarmy.org | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☒ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| ~~10-01-2018~~ | ~~07-23-2019~~ |
| August 2018 | May 13, 2019 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.      In or about 2007, I was hired by the Salvation Army and my most recent position is Officer. In or about June 2018, I notified Steve Smith, Director of Personnel of my disability. In or about September 2018, Smith required I submit to a DNA test, which I refused, and Smith subsequently suspended me. In or about October 2018, I requested a reasonable accommodation for my disability. Following my request for reasonable accommodation and continuing through the present, Smith, Lt. Colonel John Chamness, and Dr. Jack Anderson, have subjected to harassment, including but not limited to, requesting additional medical documentation on multiple occasions from my treating physician and threatening me with termination if I didn't provide additional medical documentation.

II.      The reason provided by Smith for requiring I submit to a DNA test was because I was accused of fathering a child with a congregate. The reason provided by Smith for suspending me was my refusal to take the DNA test. No reason was provided by Smith, Chamness or Anderson for subjecting me to harassment.

| I want this charge filed with both the EEOC and the State or local Agency, if any  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/4/2019                    _(signature)_<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION  This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 488-2019-00789 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

III.    I believe I have been discriminated against and retaliated against in violation of the Genetic Information Non-Discrimination Act of 2008 (GINA) and the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 12/4/2019 _____  Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (month, day, year) |

# EEOC (INQUIRY) NUMBER: 488-2019-00789

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 05/06/2019

**Reason for Complaint:** Disability, Retaliation - I complained to my employer about job discrimination, Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing

**Pay Disparity:**

**Location of Incident:** California

**Submission (initial inquiry) Date:** 06/30/2019

**Claim previously filed as charge with EEOC?** Yes

**Approximate Date of Filing:** 02/07/2019

**Charge Number:** 488-2019-00056

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** San Diego Local Office

**Accountable:** San Diego Local Office

### APPOINTMENT

**Appointment Date and time:** 07/17/2019 08:30 AM US/Pacific

**Interview Type:** Phone

### APPROXMATE DEADLINE FOR FILING A CHARGE:   02/29/2020

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Benjamin

**Last Name:** Jones

**Street or Mailing Address:** 57552 Twentynine Palms Hwy #291

**Address Line 2:**

**City, State, Zip:** Yucca Valley, CA, 92284

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** mrbencjones@gmail.com

**Home Phone Number:**

**Cell Phone Number:** (415) 235-9468

## RESPONDENT

**Organization Name:** THE SALVATION ARMY

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 183 East Washington

**Address Line 2:**

**City, State, Zip Code:** Escondido,CA, 92025

**County:** San Diego

**Phone Number:** (760) 746-8321

## RESPONDENT CONTACT

**First and Last Name:** Steve Smith

**Email Address:** Steve.smith@usw.salvationarmy.org

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:** 130 Las Villas Way

**Address Line 2:**

**City, State, Zip Code:** 92026

**County:** San Diego

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** Other African

## Adverse Action(s)

In September of 2018 I was suspended from work due to my refusal to submit to a DNA Paternity Test. After I was reinstated from suspension, there were falsified claims brought against me and my wife who both work for the same organization. The more my wife and I claimed harassment and complained to our supervisors, the worse the retaliation became. Then, while I was on official medical leave and written out of work by my doctors, I was informed that both my wife and I would be terminated or be forced to resign so she could receive a severance package. In the paperwork outlining why we were being terminated/forced to resign, it stated that the paternity test was one of the main reasons.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

Refusal to establish paternity by taking a DNA test; then there were falsified claims of misuse of funds; and refusal to accept that I was on medical leave even though I have cancer and interstitial lung disease and anemia and had a note from my doctor saying I was not fit for work. In April/May 2019, my wife was told that she must resign or be terminated (due to MY refusal of the DNA test, refusal to admit to the falsified claims and because they did not believe that I was unable to work even though my doctor had written them a note stating I was not currently fit for work.) She was told that if she did not resign, things would "get worse for her" if they had to terminate her. I never received an official termination letter nor did I resign, but they have discontinued my pay and housing.

## Was anyone in a similar situation treated the same, better, or worse than you?

Adrian Viquez had cancer and he was given a very easy job assignment for a year to recover from cancer treatment.

Jeanne Baker had cancer and took nearly a year off with no repercussions.

There are others, but we do not have contact info for them

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

Emily Jones, emele.jones@yahoo.com, 415-235-9720

Adrian.Viquez@usw.salvationarmy.org

I am not certain that Adrian, or anyone else, will feel that can speak freely as almost everyone we know is afraid of retaliation against themselves if they speak up for us.

**Please tell us any other information about your experience?**

There have been some others that have had major illnesses that were terminated under false pretenses, yet some people in the same circumstances were given easier jobs and allowed at least a year to recover. It just depends on who is favored by The Salvation Army leaders.

The Salvation Army did not follow their own written policies and procedures in their dealings with us. And we have a recording of our supervisor threatening us with action against us if we wanted to file a complaint with his supervisor about how my wife and I were being treated. My wife was an employee in her own right, and they forced her to resign because of falsified claims, my refusal to take a DNA test and my illness.

Ben Jones
57552 29 Palms Hwy, #291
Yucca Valley, CA  92284

U.S. District Court
255 E. Temple Street
Suite TS - 134
Los Angeles, CA  90012 -3332
ATTN: Civil Intake







Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely.
For shipping terms and conditions and our limits of liability, refer to the
applicable FedEx Express shipping document, the current FedEx Service
Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping
locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 155475/155476 REV 3/18

See how FedEx connects the world in responsible and resourceful ways at
**environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

Insert shipping
document here.